DANIEL J. BRODERICK, #89424
Acting Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROLANDO NAVARRETE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06-cr-00015 OWW |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND RESET FOR CHANGE OF PLEA; ORDER |
| v. ) | |
| ROLANDO NAVARRETE, ) | Date: May 1, 2006 |
| Defendant. ) | Time: 1;30 P.M. |
| ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel, that the status conference hearing currently set for April 18, 2006, may be continued to **May 1, 2006, at 1:30 P.M. and reset for change of plea.**

This continuance is requested because the parties need additional time to complete the plea agreement and give defendant sufficient time to sign prior to the hearing.

///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for effective defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

MCGREGOR W. SCOTT
United States Attorney

DATED: April 14, 2006                    By /s/ Francine Zepeda with consent of
                                            David L. Gappa
                                            DAVID L. GAPPA
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

DANIEL J. BRODERICK
Acting Federal Public Defender

DATED: April 14, 2006                    By /s/ Francine Zepeda
                                            FRANCINE ZEPEDA
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            Rolando Navarrete

# **O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

Stipulation to Continue Status Conference Hearing
and Reset for Change of Plea; [Proposed] Order]
-2-

# CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06-cr-00015 OWW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ROLANDO NAVARRETE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

The undersigned hereby certifies that he/she is an employee in the Office of the Federal Defender for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

On April 14, 2006, in addition and as a supplement to the electronic mail notice generated in the above-referenced matter, he/she personally served a copy of the original of the attached:

**STIPULATION TO CONTINUE STATUS CONFERENCE HEARING
AND RESET FOR CHANGE OF PLEA;
[PROPOSED] ORDER**

upon the interested parties in said action by hand delivery to the persons at the places hereinafter set forth, as follows:

Stipulation to Continue Status Conference Hearing
and Reset for Change of Plea; [Proposed] Order]

1  United States Pretrial Services Office
2  Federal Building, Room 3601
   2500 Tulare Street
3  Fresno, CA 93721

4

5  DATED: April 14, 2006

6                                          /s/ Agapita Betancourt
                                          AGAPITA BETANCOURT
7
                   [Original signature of Agapita Betancourt
8           maintained in file of Francine Zepeda.]IT IS SO ORDERED.

9  **Dated:   April 19, 2006**               **/s/ Oliver W. Wanger**
   emm0d6                                    UNITED STATES DISTRICT JUDGE
10

Stipulation to Continue Status Conference Hearing
and Reset for Change of Plea; [Proposed] Order]

– 4 –